**Order entered March 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00143-CV

### JACKIE LYN TAYLOR, L.V.N.  FORMER EMPLOYEE OF BROOKDALE SENIOR LIVING PLANO, Appellant

### V.

### SHERRIE SAMARI, INDIVIDUALLY AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF FRANK ALLEN PONATH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02029-2018**

## ORDER

Before the Court is appellant's first opposed motion for extension of time to file brief.

We **GRANT** the motion and **ORDER** the brief received March 22, 2019 filed as of the date of

this order.

/s/     KEN MOLBERG
JUSTICE